## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  12-cv-1433 |
| KELLEY AND MAY DIRTWORKS, INC., | ) ) | |
| Defendant. | ) | |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Motion for Default (Doc. 4), in which Plaintiff asks the Court to enter Defendant's default for failure to appear in this action. Plaintiff's Motion was previously taken under advisement, and the Court ordered Plaintiff to file amended proof of service in compliance with the Federal Rules of Civil Procedure. (Doc. 6). Plaintiff subsequently filed an affidavit from the server, showing Defendant was personally served with the summons and complaint on November 27, 2012. (Doc. 7).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant had twenty-one days from the date of service to file an answer or other responsive pleading. It failed to do so.[1] Accordingly, Plaintiff's Motion for Default (Doc. 4) is GRANTED, and the Clerk is DIRECTED to ENTER DEFAULT against Defendant Kelley and May Dirtworks, Inc. Plaintiff SHALL make the appropriate request for

---

[1] Defendant also did not file a timely response to Plaintiff's Motion for Entry of Default.

entry of a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure within twenty-eight days of the entry of this Order of Default. IT IS SO ORDERED.

Entered this <u>18th</u> day of April, 2013.

                                                                s/ Joe B. McDade
                                                 JOE BILLY McDADE
                                     United States Senior District Judge