## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, <br><br> Plaintiff, <br><br> v. <br><br> KELLEY AND MAY DIRTWORKS, INC., <br><br> Defendant. | Case No.   12-cv-1433 |

## O R D E R  &  O P I N I O N

This matter is before the Court on Plaintiff's Motion for Default (Doc. 17),[1] in which Plaintiff asks the Court to enter Defendant's default on Plaintiff's Amended Complaint for failure to appear in this action. Plaintiff filed its Amended Complaint (Doc. 14) on September 16, 2013. Defendant was served by mail with this amended pleading on October 1, 2013.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant had twenty-one days from the date of service to file an answer or other responsive pleading. It failed to do so.[2] Thus, Defendant is in default. Plaintiff may proceed by seeking default judgment against Defendant. If Plaintiff has any doubts about the

---

[1] Once again, this Motion is entitled "Motion for Default," although it then also requests entry of judgment in the amount of $81,260.03. Because the Court has already explained the distinction between default and default judgment, (Doc. 6 at 1 n.1), the Court will not do so again, but simply notes that this is a motion for default only.

[2] Defendant also did not file a timely response to Plaintiff's Motion for Default.

documentation it must submit when moving for default judgment, it should review this Court's Orders on Plaintiff's previous default judgment motions. (Docs. 10, 13).

Accordingly, Plaintiff's Motion for Default (Doc. 17) is GRANTED, and the Clerk is DIRECTED to ENTER DEFAULT against Defendant Kelley and May Dirtworks, Inc. Plaintiff SHALL make the appropriate request for entry of a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure within twenty-eight days of the entry of this Order of Default. IT IS SO ORDERED.

Entered this <u>3rd</u> day of February, 2014.

                                               s/ Joe B. McDade
                                               JOE BILLY McDADE
                                               United States Senior District Judge